**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| STEVE B. SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:03-CV-593 |
| ) | (Phillips/Shirley) |
| JEFFERSON COUNTY BOARD OF ) | |
| SCHOOL COMMISSIONERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT ORDER**

This case came before the Court on a motion for summary judgment by defendants, Jefferson County School Board Commissioners, *et al.* The Court granted Defendants' motion. Therefore, it is ordered and adjudged that the plaintiffs, Steve Smith, David Kucera, and Vickie F. Forgety, take nothing, and that the action be **DISMISSED WITHOUT PREJUDICE** on the merits.

The final pretrial conference scheduled for December 4, 2006 at 1:30 p.m. and the trial on December 11, 2006, are hereby **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of _____, 2006.

                                            s/ Patricia L. McNutt
                                            Clerk of Court