UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID KUCERA and VICKIE F. FORGETY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:03-cv-593 |
| v. ) | (Phillips) |
| ) | |
| JEFFERSON COUNTY BOARD OF ) | |
| SCHOOL COMMISSIONERS, et al., ) | |
| ) | |
| Defendants. ) | |

JUDGMENT ORDER

Upon consideration of the evidence produced at the nonjury trial held May 13, 2013, and for the reasons set forth in the findings of fact and conclusions of law filed contemporaneously with this order, it is **ORDERED** that Vickie F. Forgety recover from the Defendant in the amount of her lost wages, **$48,967.29,** for the 2003-2004 academic year, with interest of .16%[1] on such amount until paid. It is **ORDERED** that David Kucera recover from the Defendant in the amount of his lost wages, **$30,967.29,** covering the same year, with interest of .16% on such amount until paid. Plaintiffs are also entitled to reasonable attorney's fees and costs, the amount to be determined by further orders of the Court. Furthermore, the Board is **permanently enjoined from contracting with Kingswood or another religious entity for the operation of its alternative school.**

---

[1] "Interest is calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding." 28 U.S.C. § 1961. The Post-Judgment interest rate for the week ending 06/28/2013 is .16%.

-1-

**IT IS SO ORDERED.**

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge